August 18, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE ESTATE OF RAUL HUMBERTO AYALA, SR., DECEASED

NO. 14-14-00324-CV

_____

      This cause, an appeal from the judgment in favor of appellee, signed April 22, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Raul Humberto Ayala, Jr., to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.